CHRIS J. KIENKE, APPELLANT, V. WILLIAM N. HUDSON ET AL., APPELLEES.

FILED FEBRUARY 5, 1932. No. 27743.

*J. J. Harrington* and *Ross Amspoker,* for appellant.

*Sterling F. Mutz, contra.*

Heard before ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ., and HORTH, District Judge.

HORTH, District Judge.

This is a companion case of *Kienke v. Kirsch,* 121 Neb. 688. It involves similar controlling facts and is determined by the opinion in the foregoing case, and for the reasons therein stated the judgment is reversed and the cause is remanded for further proceedings.

REVERSED.